**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**CORY DEONTRA BRADLEY**
Reg. #31675-044                                                                                          **PLAINTIFF**

V.                                   CASE NO. 2:12CV00081 DPM/BD

**USA, et al.**                                                                                              **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.    Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge D. Price Marshall Jr.  Any party may file written objections to this Recommendation.

Objections must be specific and must include the factual or legal basis for the objection.  An objection to a factual finding must identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.  A copy will be furnished to the opposing party.

If no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing all of the evidence in the record.  By not objecting, you may also waive any right to appeal questions of fact.

Mail your objections and "statement of necessity" to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

**II.** **Discussion:**

Plaintiff Cory Deontra Bradley, a federal inmate housed at the Forrest City Medium Federal Correctional Institution in Forrest City, Arkansas, filed a federal complaint alleging that his constitutional rights were violated. (Docket entry # 1) Because Mr. Bradley did not explained what each named Defendant did to violate his rights, however, the Court ordered him to file an amended complaint. (#6)

Mr. Bradley filed an amended complaint (#8), as ordered, but also filed a motion to add new claims and new Defendants. (#10) From this filing, the Court could not determine what claims Mr. Bradley wanted to pursue in the lawsuit, so ordered him to file a second amended complaint. (#11)

In response, Mr. Bradley filed a number of motions to amend his complaint. (#14, #15, #19, #20) In one of his last motions to amend (#20), Mr. Bradley complained that Defendant Ward allegedly violated his constitutional rights during an incident that occurred on July 11, 2012, after this lawsuit was filed. He did not include allegations against any of the other Defendants named in his complaint and amended complaint.

Thus, it remained unclear whether Mr. Bradley could state a federal claim for relief and whom he sought to pursue claims against.  So the Court once again ordered Mr. Bradley to amend his complaint.  (#22)

In its order, the Court instructed Mr. Bradley to file one amended complaint that included all of his federal claims and named all of the Defendants against whom he sought relief.  (#22)  The Court cautioned Mr. Bradley that failing to comply with the Order could result in the dismissal of his claims (#22); and in its prior orders, the Court had notified Mr. Bradley of the requirements of Local Rule 5.5(c)(2).  (#6, #11)

Four months later, on January 4, 2013, Mr. Bradley filed yet another motion to amend his complaint.  (#25)  In the motion, he alleges that Gerald Maldonado and H. Watts violated his constitutional rights.  (#25)  Although he claims that Mr. Maldonado "had knowledge" of his injuries and that Mr. Watts "had full knowledge of [his] complaints against named Defendants," Mr. Bradley offers no facts to support his claims.  Accordingly, the motion (#25) should be DENIED.

Further, Mr. Bradley has not complied with the Court's September 4, 2012 order, and the time for doing so has long since passed.  Mr. Bradley's claims should be dismissed without prejudice for his failure to comply with the order requiring him to submit an amended complaint that includes sufficient information.  See Local Rule 5.5(c).

**III.    Conclusion:**

The Court recommends that Mr. Bradley's motion to amend (#25) be DENIED, and that his claims be DISMISSED, without prejudice, for his failure to comply with a Court order.

DATED this 8th day of January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE