# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

CORY DEONTRA BRADLEY                                      PLAINTIFF

v.                          No. 2:12-cv-81-DPM–BD

UNITED STATES OF AMERICA *et al.*                        DEFENDANTS

## ORDER

Bradley has not objected to Magistrate Judge Beth M. Deere's recommendation, *Document No. 26*, that the Court deny Bradley's motion to amend and dismiss his complaint for failure to comply with her 4 September 2012 Order.  On review for clear factual error and legal error, FED. R. CIV. P. 72(b) (1983 addition to Advisory Committee Note), the Court adopts Judge Deere's recommendation in full.  The motion to amend, *Document No. 25*, is denied.  Bradley's complaint is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
30  January  2013