IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CORY DEONTRA BRADLEY                                               PLAINTIFF

v.                         No. 2:12-cv-81-DPM

UNITED STATES OF AMERICA *et al.*                               DEFENDANTS

JUDGMENT

Bradley's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 January 2013