IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CORY DEONTRA BRADLEY                                          PLAINTIFF

v.                          No. 2:12-cv-81-DPM

UNITED STATES OF AMERICA *et al.*                         DEFENDANTS

JUDGMENT

Bradley's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

30 January 2013